**DISMISS; and Opinion Filed July 2, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00789-CR

**VINCENT EDWARD KING, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F05-35893-U**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Lang-Miers

Vincent Edward King was convicted, following the adjudication of his guilt, of possession with intent to deliver methylenedioxy methamphetamine. Pursuant to a plea agreement, the trial court sentenced appellant to three years' imprisonment. Appellant waived his right to appeal as part of the plea agreement. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). We dismiss the appeal for want of jurisdiction.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

140789F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

VINCENT EDWARD KING, Appellant

No. 05-14-00789-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court, Dallas County, Texas
Trial Court Cause No. F05-35893-U.
Opinion delivered by Justice Lang-Miers, Justices Bridges and Francis participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 2nd day of July, 2014.